■ In the Matter of DISTRICT COUNCIL No. 9, INTERNATIONAL BROTHERHOOD OF PAINTERS & ALLIED TRADES et al., Respondents, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Respondents, and NEW YORK CITY TRANSIT AUTHORITY

et al., Respondents-Appellants. — Order and judgment (one paper), Supreme Court, New York County (Crane, J.), entered on October 21, 1981, unanimously affirmed for the reasons stated by Crane, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Sullivan, Silverman, Bloom and Milonas, JJ. [115 Misc 2d 810.]